UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-CR-20547-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

    Plaintiff,

v.

KARTAYAH NARIAH FELICIANO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Jacqueline Becerra on July 21, 2023 **[ECF No. 93]**. A Report and Recommendation was filed on July 24, 2023, recommending that the Defendant's plea of guilty be accepted **[ECF No. 98]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 98]** of United States Magistrate Judge Jacqueline Becerra, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Counts Four and Eight of the Indictment. Count Four charges Defendant with Importation of a Controlled Substance, in violation of Title 21, United States Code, Section 952(a). Count Eight charges Defendant with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Defendant acknowledged that she understood the statutory penalties that apply in her case.

Sentencing has been set in this matter for **Friday, September 29, 2023, at 11:30 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, United States Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 8 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Jacqueline Becerra
      All Counsel of Record
      U.S. Probation Office